UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATHAN ZACHARY McMULLAN                                             PLAINTIFF
#554072

V.                    No. 3:19CV00311-DPM-JTR

MAPES, Warden, NEACCC                                               DEFENDANT

### ORDER

On May 4, 2020, Plaintiff Nathan Zachary McMullan ("McMullan") filed a change of address indicating that he is currently residing at a private address in Greenbrier, Arkansas. *Doc. 16*. Because he has been released from custody, he must file an updated *in forma pauperis* application or pay the $400 filing fee for this action.

IT IS THEREFORE ORDERED THAT:

1.  The Clerk is directed to mail McMullan a free-world Application to Proceed *In Forma Pauperis.*

2.  **Within thirty days of the date of this Order,** McMullan must either: (a) file a completed free-world Application to Proceed *In Forma Pauperis;* or (b) pay the $400 filing fee for this action. If he does not timely and properly do one or the other, this case will be dismissed, without prejudice, pursuant to Local Rule

5.5(c)(2).

IT IS SO ORDERED this 21st day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE