UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATHAN ZACHARY McMULLAN                                      PLAINTIFF

v.                          No. 3:19-cv-311-DPM

TERRY MAPES, Warden, NEACCC                                  DEFENDANT

ORDER

1. The Court withdraws the reference.

2. McMullan has paid the initial partial filing fee of $28.12 that the Court assessed in December. But he hasn't paid the $321.88 balance or filed a free-world *in forma pauperis* application; and the time to do so has passed. *Doc. 17*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

7 July 2020