UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATHAN ZACHARY McMULLAN                               PLAINTIFF

v.                       No. 3:19-cv-311-DPM

MAPES, Warden, NEACCC                                 DEFENDANT

JUDGMENT

McMullan's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 July 2020