# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

NATHAN ZACHARY McMULLAN                                              PLAINTIFF
ADC #554072

V.                              No. 3:19CV00311-DPM-JTR

TERRY MAPES, Warden, NEACCC                                          DEFENDANT

## ORDER

Pending before the Court is a Motion filed by Plaintiff Nathan Zachary McMullan ("McMullan") proceeding *pro se* in this § 1983 action. *Doc. 24*. The Motion seeks appointed counsel, permission to conduct depositions, issuance of subpoenas, and to extend the discovery deadline. The Motion is DENIED in part and GRANTED in part, as follows.

McMullan's request for appointed counsel, is DENIED, for the same reasons stated in the Court's previous Order declining to appoint counsel. *Doc. 15*.

McMullan's request to conduct depositions, starting with a witness, Officer Kirk, is DENIED. He has been granted permission to proceed *in forma pauperis* in this § 1983 action. The *in forma pauperis* statute does not provide for the payment of costs associated with taking depositions. *See Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980); *Hunt v. Smith,* No. 2:03CV00194-WRW, 2007 WL

4358238, at *1 (E.D. Ark. Dec. 13, 2007) (an *in forma pauperis* litigant "does not have a right to have discovery expenses paid for by the court" and the court "has no authority to grant expenses for depositions"). However, McMullan may use other discovery methods to obtain the information he seeks. *See* Fed. R. Civ. P. 33, 34, 36 & 45.

McMullan's request to issue subpoenas is DENIED as premature. However, if this case survives the filing of any dispositive motions and proceeds to trial, McMullan will be allowed to call Defendant to testify, and to subpoena any non-party witnesses whom McMullan can establish may offer relevant testimony.

McMullan's request to extend the discovery deadline is GRANTED. The Court will enter a Revised Scheduling Order extending the deadlines for discovery and the dispositive motion deadline.

IT IS SO ORDERED this 11th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE