UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATHAN ZACHARY McMULLAN                                                PLAINTIFF
ADC #554072

V.                           No. 3:19-cv-311-DPM-JTR

TERRY MAPES, Warden, NEACCC                                           DEFENDANT

**ORDER**

On April 6, 2021, mail sent to Plaintiff Nathan Zachary McMullan ("McMullan") at his address of record, the Barbara Ester Unit of the Arkansas Department of Corrections ("ADC"), was returned as undelivered, with the notation "Paroled". *Doc. 38.* The ADC's website also indicates that McMullan is no longer there. McMullan has not provided the Court with a change of address. The Court has previously notified him of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 4.* Also, McMullan has filed several address change notices in the past, demonstrating both his knowledge of the requirement and his ability to comply with it. *Docs. 16, 25, 37.*

IT IS THEREFORE ORDERED THAT:

1.     If McMullan wishes to continue pursuing this lawsuit, he must, within thirty (30) days of the date of this Order, file a notice of his current mailing address.[1]

---

[1] If, as it appears, McMullan has been released from incarceration, he will then be required

2.  If McMullan does not timely and properly comply with this Order, this case may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 12th day of April, 2021.

*[signature: A. Thomas Ray]*
UNITED STATES MAGISTRATE JUDGE

---

to file an updated *in forma pauperis* application or pay the entire $400 filing fee (offset by any portion of the fee he has already paid) for this action.