# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NATHAN ZACHARY McMULLAN**
**ADC #554072**                                                    PLAINTIFF

V.                    No. 3:19-cv-311-DPM-JTR

**TERRY MAPES, Warden, NEACCC**                                    DEFENDANT

# ORDER

1. The Court withdraws the reference.

2. McMullan hasn't updated his address with the Clerk; instead, his mail is still being returned undelivered. *Doc. 39 & 40*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Motion for summary judgment, *Doc. 33*, denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 May 2021