# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NATHAN ZACHARY McMULLAN**  PLAINTIFF
ADC #554072

V.  No. 3:19-cv-311-DPM

**TERRY MAPES, Warden, NEACCC**  DEFENDANT

## JUDGMENT

McMullan's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 May 2021